FILED
OCT 27 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS-6 / ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 27 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| FRANCISCO PEREZ,<br><br>    Petitioner,<br><br>    v.<br><br>STAINER, Warden,<br><br>    Respondent. | Case No. CV 11-7723-CJC (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: October 26, 2011

_____
Cormac J. Carney
United States District Judge